UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CANDICE C. JACOBS,                    )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )          **JUDGMENT**
                                      )
                                      )          No. 7:17-CV-136-FL
                                      )
NANCY A. BERRYHILL,                   )
Acting Commissioner of Social Security, )
                                      )
                    Defendant.        )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 26, 2018, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 26, 2018, and Copies To:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

January 26, 2018                 PETER A. MOORE, JR., CLERK
                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk