UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CANDICE C. JACOBS,<br>      Plaintiff, | )<br>)<br>) |
| v. | )    **JUDGMENT**<br>)<br>)    No. 7:17-CV-136-FL<br>) |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>      Defendant. | )<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation for payment of attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 16, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act in the amount of $3,805.49 in full satisfaction of any and all claims arising under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 16, 2018, and Copies To:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)


March 16, 2018                        PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk