IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:17-CV-136-FL

Candice C. Jacobs,                    )
                                      )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )     ORDER APPROVING PLAINTIFF'S
                                      )     MOTION FOR ATTORNEY'S FEE
Andrew Saul,                          )     PURSUANT TO 42 USC §406(b)
Commissioner                          )
Of Social Security                    )
                                      )
          Defendant.                  )


     Upon consideration of the Motion of Kathleen Shannon Glancy,

Esq., attorney for Candice C. Jacobs, Plaintiff in the

above-captioned matter, and having considered the

government's response to said Motion, it is hereby

     ORDERED that an attorney's fee in the amount of $15,186.50

is approved pursuant to 42 USC §406(b) for services rendered

before this Court by Kathleen Shannon Glancy on behalf of Candice

C. Jacobs; and

     ORDERED that a copy of this Order be provided to the Social

Security Administration for purposes of effectuating payment

of the fee from whatever past due benefits have been withheld

for such purpose under Title II of the Social Security Act.

     This 29th day of July 2020.


                              _____
                              Louise W. Flanagan
                              UNITED STATES DISTRICT JUDGE